IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JOSHUA LUKE BAGWELL, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 7:01-CV-032-R |
| ) | |
| DOUGLAS DRETKE, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| Respondent. ) | |

## FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings of Fact, Conclusions of Law and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss this case pursuant to the fugitive disentitlement doctrine is DENIED.

The Clerk of Court shall transmit a true copy of this order to Counsel for Petitioner and to Counsel for Respondent.

SO ORDERED this 15th day of June, 2006.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE